No. 1517, Misc.   Wood v. United States; and

No. 1697, Misc.   Johnson v. United States.   C. A. 9th Cir.   Certiorari denied.   *Charles L. Kellar* for petitioner in each case.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States in No. 1517, Misc., and Messrs. *Griswold, Wilson, Fenig,* and *Jerome M. Feit* for the United States in No. 1697, Misc.   Reported below: No. 1517, Misc., 405 F. 2d 423; No. 1697, Misc., 404 F. 2d 1069.

No. 1540, Misc.   Massey v. Smith, Warden.   Sup. Ct. Ga.   Certiorari denied.   *Howard Moore, Jr.,* for petitioner.   *Arthur K. Bolton,* Attorney General of Georgia, *Marion O. Gordon* and *Mathew Robins,* Assistant Attorneys General, and *Courtney Wilder Stanton,* Deputy Assistant Attorney General, for respondent.

No. 1561, Misc.   Powell v. Wainwright, Corrections Director.   C. A. 5th Cir.   Certiorari denied. *Jack Greenberg, Michael Meltsner, Anthony G. Amsterdam, Tobias Simon,* and *Thomas E. Sholts,* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *Raymond L. Marky,* Assistant Attorney General, for respondent.

No. 1575, Misc.   Burroughs v. United States. C. A. D. C. Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1628, Misc.   Longmire v. United States.   C. A. 5th Cir.   Certiorari denied.   *John S. Tucker, Jr.,* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.